**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **CRIMINAL ACTION NO. 24-375** |
| : | |
| **RAHKIR BIBBS** : | |

## ORDER

This 12th day of March, 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Suppress, ECF 20, is **DENIED.**

                                                             /s/ Gerald Austin McHugh
                                                             United States District Judge